IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| JOLYNDA COWHER, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CV 120-178 |
| | * | |
| UNITED STATES OF AMERICA, | * | |
| | * | |
| Defendant. | * | |

**O R D E R**

Before the Court is Plaintiff's "Motion to Extend Response Time to Defendant's Motion to Dismiss Converted to Motion for Summary Judgment." (Doc. 30.) For the following reasons, the motion is **GRANTED IN PART and DENIED IN PART**.

For reasons stated in the Court's August 5, 2021 Order, the Court converted the United States' motion to dismiss into a motion for summary judgment. (See Doc. 27.) The Court gave the Parties fourteen days from the entry of its Order to file additional evidence and/or argument. (Id.) Thus, the Parties' deadline to submit additional evidence and argument is August 19, 2021.

Plaintiff now seeks certain extensions and avers that the United States consents to the extensions outlined in her motion. (See Doc. 30, at 2.) Specifically, Plaintiff requests an additional fifteen (15) days to file her limited discovery requests

and thirty (30) days for the United States to respond to those discovery requests. (Id. at 1.) Additionally, Plaintiff requests that she be allowed thirty (30) days to respond to the United States' motion for summary judgment and then thirty (30) days for the United States to submit a rebuttal brief. (Id.)

The Court notes that the Parties have already submitted summary-judgment type evidence and thus it finds these requested extensions are unnecessary. However, the Court will allow the Parties additional time for discovery and briefing. The following extension are **GRANTED**:

Plaintiff shall have until **SEPTEMBER 3, 2021 AT 5:00 P.M.** to file her limited discovery requests. The United States shall have until **SEPTEMBER 23, 2021 AT 5:00 P.M.** to respond to Plaintiff's limited discovery requests. Because the Court is granting the Parties' extensions and allowing additional time for discovery, the Court **ORDERS** the United States to file a motion for summary judgment citing to evidence in the record as a separate entry on the docket. The United States shall file its motion for summary judgment by **SEPTEMBER 23, 2021 AT 5:00 P.M.** Plaintiff shall have until **OCTOBER 13, 2021 AT 5:00 P.M.** to respond to the United States' motion for summary judgment. The United States shall have until **OCTOBER 28, 2021 AT 5:00 P.M.** to submit any rebuttal brief.

Upon the foregoing, Plaintiff's "Motion to Extend Response Time to Defendant's Motion to Dismiss Converted to Motion for Summary Judgment" (Doc. 30.) is **GRANTED IN PART and DENIED IN PART**. The United States' motion to dismiss (Doc. 12) is **DENIED AS MOOT**. Additionally, Plaintiff's motion for hearing (Doc. 24) is **DENIED AS MOOT**.

**ORDER ENTERED** at Augusta, Georgia this 19th day of August, 2021.

```
_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
```